### PEOPLE v. JOHNSON et al.

*(Common Pleas of New York City and County, General Term.* April 1, 1889.)

BAIL—BAIL-BOND—DISCHARGE OF SURETIES.

Where a principal is surrendered by his bail after forfeiture, and is convicted and sentenced to imprisonment on the charge against him, judgment against the sureties will be discharged.

On application to discharge judgment.

Argued before LARREMORE, C. J., and DALY and VAN HOESEN, JJ.

*J. R. Fellows,* for the People.    *B. J. Douras,* for defendants.

DALY, J.    As the principal was surrendered by his bail after the forfeiture, and was convicted and sentenced to imprisonment upon the charge against him, I am in favor of granting this application to discharge the judgment. We cannot, however, make provision for the return of the $100 alleged to have been paid to the chamberlain, without the certificate of the latter showing that he has received that money.   Such certificate may be presented with the order to be signed in this application.   All concur.